*E-Filed 10/20/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALICIA JIMENEZ, et al.,

        Plaintiffs,

  v.

U.S. BANK NATIONAL ASSOCIATION, et al.,

        Defendants.

_____/

**No. C 09-0826  RS**

**ORDER OF REMAND**

On October 9, 2009, defendants removed this action from San Benito Superior Court under the provisions of 28 U.S.C. § 1441(b). On October 19, 2009, defendants filed a notice purporting to "withdraw" the notice of removal. In view of defendants' notice of withdrawal and good cause appearing, it is hereby ordered that this action is hereby remanded to San Benito Superior Court.

IT IS SO ORDERED.

Dated: 10/20/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1

No. C 09-0826 RS
ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED\* TO:**

Megan Elizabeth Gruber                    megruber@wolfewyman.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Alice and Guillermo Jimenez
232 Line Street
Hollister, CA 95023

DATED:   10/20/09

　　　　　　　　　　　　　　　　　　/s/ Chambers Staff
　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Richard Seeborg

\* Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.